IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                           Date: July 31, 2012
Court Reporter:    Gwen Daniel

Civil Action No. 11-cv-02734-RBJ

*Parties*:                                               *Counsel*:

NELSON VETANZE,                                          Keith E. Frankl

    Plaintiff,

v.

NFL PLAYER INSURANCE PLAN,                               Steven Collis

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**
**Court in session:**     1:10 p.m.

Appearances of counsel.

Parties address the Court regarding the Motion to Compel Discovery Pursuant to F.R.C.P. 37 Doc.# [29].

**ORDERED:**   Motion to Compel Discovery Pursuant to F.R.C.P. 37 Doc.# [29] is GRANTED IN PART AND DENIED IN PART for the reasons as stated on the record.

**ORDERED:**   Defendant to provide to plaintiff **within seven days** the name of the NFL team the four individuals were employed by at the time in question as requested in interrogatory #2.

HEARING CONCLUDED.
**Court in recess:**     1:35 p.m.
Total time in court:   00:25