IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera        Date: December 21, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-02734-RBJ

*Parties:*                                *Counsel:*

NELSON VETANZE,                          Keith E. Frankl

     Plaintiff,

v.

NFL PLAYER INSURANCE PLAN,               Jack Englert

     Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:        2:15 p.m.**

Appearances of counsel.

2:17 p.m.    Argument by Mr. Frankl as to Plaintiff's Motion for Additional Discovery and Sanctions [38].

2:51 p.m.    Argument by Mr. Englert.

3:17 p.m.    Rebuttal argument by Mr. Englert.

3:19 p.m.    Mr. Englert addresses the Court.

A briefing schedule is set on the record.

For the reasons as stated on the record, it is:

**ORDERED:**  Plaintiff's Motion for Additional Discovery and Sanctions [38] is DENIED.

**Court in recess:**      **3:38 p.m.**

HEARING CONCLUDED.
Total time:     01:23