IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 11-cv-02734-RBJ | Date: August 20, 2015 |
|---|---|
| Courtroom Deputy: Cathy Pearson | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| NELSON VETANZE, d/b/a Omni Chiropractic<br>**Plaintiff** | *Keith Evan Frankl* |
| v. | |
| NFL PLAYER INSURANCE PLAN<br>**Defendant** | *Jack M. Englert, Jr.* |

# COURTROOM MINUTES

**ORAL ARGUMENT**

Court in session: 1:19 p.m.

Appearances of counsel.

Argument given on [62] Request for Judicial Review Following Remand.

**ORDERED:  [62] Request for Judicial Review Following Remand is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  2:01 p.m.          Hearing concluded.          Total time in Court:   00:42