**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.  11-cv-02734-RBJ

NELSON VETANZE, doing business as OMNI CHIROPRACTIC,

    Plaintiff/Petitioner,

v.

NFL PLAYER INSURANCE PLAN,

    Defendant/Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order entered by the Honorable R. Brooke Jackson, United States District Judge, on August 25, 2015, it is

    ORDERED that the denial of benefits to the 21 players was not arbitrary, capricious or an abuse of discretion.  The denial of benefits is AFFIRMED.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant/Respondent NFL Player Insurance Plan and against the Plaintiff/Petitioner Nelson Vetanze, doing business as OMNI Chiropractic.

    IT IS FURTHER ORDERED that Plaintiff's request for judicial review, ECF No. 62, is GRANTED to the extent that the review has been conducted but is otherwise DENIED.

    IT IS FURTHER ORDERED that as the prevailing party, The Plan is awarded its costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR. 54.1.

Dated at Denver, Colorado this 25th day of August, 2015.

           BY THE COURT:
           JEFFREY P. COLWELL, CLERK

           By:   s/Deborah Hansen
           Deborah Hansen, Deputy Clerk